# EXHIBIT A

| **FAX** | **To:** Catherine Nghiem-Shum |
| --- | --- |
| **100.plus** | **From:** Mark Davis mark@100plus.com <br> **Fax number:** (888) 910-1520 |
| 1160 Battery St, Suite 1005 <br> SAN FRANCISCO, CA 94111 <br> Phone: (844) 483-7587 <br> Website: 100plus.com | **Date:** June 19, 2019 |
| | **Regarding:** Medicare's new Remote Patient Monitoring codes |

Hello Catherine Nghiem-Shum -

I work closely with a number of independent chiropractors in California like yourself.

In 2019, Medicare released new CPT codes that reimburse you approximately $700 per patient per year (**CPT 99454**) for use of products such as our 100Plus Emergency Watch to ensure that your senior patients are safe and on-track.

100Plus allows you to recommend our smartwatch at no cost to you or your patients. It monitors for sudden changes or stopping of heart, falling and accidents, steps and activity. 100Plus also assists in getting patients emergency help at the push of a button. Designed for seniors, it is fully cellular (no need for Wi-Fi or a mobile phone plan) and has a battery that lasts for 5 days. It is best suited for seniors who have heart risk or disease, obesity, poor gait or limited mobility, are at risk of falling, or live alone and may need help spontaneously.

100Plus can help you provide better care to your patients and, at the same time, bring significant additional revenue to your practice. Please give us a call or email me directly at mark@100plus.com and I can walk you through how it works and share answer any questions you may have. You can also get started directly at www.100plus.com/doctors. Look forward to working with you.

Sincerely,

**Mark Davis**
Account Manager
(844) 483-7587

**100.plus**

# 100plus

# Medicare Now Reimburses You for Better Patient Care for Seniors

*Earn $700 per patient per year (up to $500K) for using 100Plus with your at-risk patients*

- Earn dramatically more revenue for your practice overnight
- Remotely monitor your highest risk senior patients
- Watch detects cardiac emergencies and falls
- Free with no costs to your practice



Tracks sudden changes or stopping of heart, falling and accidents, steps and activity and shares with you.

## How the Device Works

The device is free for eligible Medicare patients. Designed specifically for seniors, it's easy to use and arrives fully configured with cellular connectivity and no setup required. All the patient needs to do is take it out of the box and start wearing it!

## How the Economics Work

Practitioners receive approximately $60 each month, or $700 annually per patient for reviewing a patient's data. It takes 20 minutes and can be done by any qualified clinician in your practice. And best of all, it's completely free for practitioner

**1** Identify a patient that would benefit and enroll them into the 100Plus portal

**2** 100Plus watch shipped to the patient fully configured with contacts and live network

**3** Review patient data in the 100Plus portal

**4** Biller is notified and prompted to submit to CMS

**5** You get paid and your patients are safer