

# SUPREME COURT
## State of Colorado,

STATE OF COLORADO, ss:

I, ~~Cheryl Stevens~~ Clerk of the Supreme Court of the State of Colorado, do hereby certify that

__Taylor True Smith__

has been duly licensed and admitted to practice as an

## ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the __30th__ day of __October__ A.D. __2017__ and that at the date hereof the said __Taylor True Smith__ is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __4th__ day of __March__ A.D. __2020__

__Cheryl Stevens__
Clerk

By _[signature]_
Deputy Clerk