# EXHIBIT B



Taylor Smith <tsmith@woodrowpeluso.com>

## 100Plus Lawsuit

**Ryan Howard** <ryan@100plus.com>                                   Sat, Mar 28, 2020 at 4:34 PM
To: kaic1@sbcglobal.net, ppeluso@woodrowpeluso.com, rebecca@lozeaudrury.com, tsmith@woodrowpeluso.com

Hello Dr. Katz, Rebecca, Patrick, and Taylor,

I noticed that you filed a lawsuit against 100Plus last week. A few notes on the suit and claims:

1) We understand TCPA well and had consent from the office manager to send the fax. The office manager's name was Wendy and I will personally testify that she gave consent to send a fax on June 19th 2019 when we called for Dr. Nghiem Shum.

2) The company never used fax as a mass marketing tool.  The fax in question was sent from a traditional fax machine. There no logs or records of the company sending any other faxes, nor any other complainants that have come forward and the fax was sent 9 months ago. Therefore a class will not be certified.

3) We are now open to settling to make this go away

4) We are insolvent and I will appear in court personally to attest to all of the statements in this email.

Lastly, Dr. Katz – we had permission to fax you and this bait and switch behavior is despicable. Know that I take anyone that threatens my business seriously. It would have been appreciated and the professional thing to do would have been to reach out and inquire about this before filing a suit. This lack of courtesy expressed is not appreciated, and the fear tactic is obvious.  More importantly, I believe these frivolous suits are inexcusable, especially they come from a healthcare practitioner. I know that patients frown upon their "doctors" being litigious and upon a quick Google search its obvious that this isn't your first suit.

I am going to take it upon myself to ensure that the community knows about this behavior on Yelp, Facebook, Vitals.com, WebMD, and other review sites. Over the next week I will socialize your behavior to ensure that patients know what a low integrity person you are and I am confident that it will reflect in your overall scores.

I have a lot of time on my hands with the nature of what's happening in the world and will enjoy trolling you and burning up your legal team's time. The first review has been posted publicly. If the lawsuit is dropped Monday, we'll consider not socializing this further. If not, I won't stop until everyone knows about your behavior and you have a one star review on each site.

Ryan Howard
Founder and CEO
M: 415.609.7118
[www.linkedin.com/in/ryanhoward](www.linkedin.com/in/ryanhoward)
Be Fearless. Explore. Live Longer.