# EXHIBIT C

Rebecca Davis (SBN 271662)
rebecca@lozeaudrury.com
**LOZEAU DRURY LLP**
1939 Harrison St., Suite 150
Oakland, CA 94612
Telephone: (510) 836-4200
Facsimile: (510) 836-4205

[Additional counsel appearing on signature page]

Attorneys for Plaintiff JEFFREY KATZ
CHRIOPRACTIC, INC. and the alleged Class

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **JEFFREY KATZ CHIROPRACTIC, INC.,** a California corporation, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**IBEAT, INC. D/B/A 100PLUS,** a Delaware corporation,<br><br>Defendant. | Case No.  3:20-cv-02097-RS<br><br>**DECLARATION OF JEFFREY KATZ IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**<br><br>Date: TBD<br>Time: TBD<br>Judge: Hon. Richard Seeborg<br>Courtroom: 3<br>Complaint Filed: March 26, 2020 |

I, Jeffrey Katz, declare as follows:

1. I am the lead plaintiff in this class action and president and owner of Jeffrey Katz Chiropractic, Inc. I am over the age of 18 and, if necessary, can competently testify if required to do so.

2. On March 26, 2020, Plaintiff filed the instant action against iBeat, Inc. d/b/a 100Plus ("Defendant" or "100Plus") alleging wide-scale violations of the Telephone Consumer Protection Act, as amended by Junk Fax Prevention Act of 2005, 47 U.S.C. § 227, *et seq*. ("JFPA" or "Act"). (Dkt. 1.)

3. On March 28, 2020, two days after the filing of the Complaint, Plaintiff and its counsel received an email from Ryan Howard ("Howard"), 100Plus's founder and CEO.

4. Therein, Howard stated his belief that the case is without merit. (Ex. A.) Howard further explained that 100Plus was insolvent and explained the defenses he planned to pursue. (*Id.*)

5. Howard's email continued,

> It would have been appreciated and the professional thing to do would have been to reach out and inquire about this before filing a suit. This lack of courtesy expressed is not appreciated, and the fear tactic is obvious. More importantly, I believe these frivolous suits are inexcusable, especially they come from a healthcare practitioner. I know that patients frown upon their "doctors" being litigious and upon a quick Google search its obvious that this isn't your first suit.

(*Id.*)

6. Howard then stated his intent to harass Plaintiff on a going-forward basis explaining,

> I am going to take it upon myself to ensure that the community knows about this behavior on Yelp, Facebook, Vitals.com, WebMD, and other review sites. Over the next week I will socialize your behavior to ensure that patients know what a low integrity person you are and I am confident that it will reflect in your overall scores.
>
> I have a lot of time on my hands with the nature of what's happening in the world and will enjoy trolling you and burning up your legal team's time. The first review has been posted publicly. If the lawsuit is dropped Monday, we'll consider not socializing this further. If not, I won't stop until everyone knows about your behavior and you have a one star review on each site.

(*Id.*)

7. Since the initial email, Howard has also placed harassing telephone calls to Plaintiff on numerous occasions.

8. On April 10, 2020, I recall that Howard called Plaintiff on three occasions.

9. On May 6, 2020, Howard placed another call to Plaintiff.

10. In addition to the calls that are known, it is believed that Howard has placed other unanswered calls.

11. Howard has also carried through with his threat to post negative reviews on social media platforms.

12. In or around early April, Howard posted a negative review on Plaintiff's Yelp.com business listing.

13. Plaintiff was required to devote time and resources to removing the false post.

14. Plaintiff relies upon sites, such as Yelp.com, to acquire new clientele and to grow its business.

15. On May 5, 2020, after the removal of the first review, it is my belief that Howard posted the following negative Yelp.com reviews using sham aliases,

- Mr Katz spends his free time suing people and businesses for supposedly sending him faxes. This is a incredibly low integrity practice. Ask yourself if you really want to have a "doctor" who sues others for fun? Dr. Katz, doesn't your full-time job pay enough?

    You can find a list of his lawsuits here: t.ly/bOTS

- I went and saw "Dr." Katz for chronic back pain. During the visit he was rude and did not help my condition at all. Later, I sent him a fax with my medical record. He later filed a lawsuit against me for sending him a fax. I am on social security and it cost me $10,000 in attorney's fees to get it dismissed. What kind of person does this?

(*See* https://www.yelp.com/biz/a-accident-and-injury-center-san-francisco-2.)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 14, 2020, in San Francisco, California.

By: _____
Jeffrey Katz

Declaration of Jeffrey Katz ISO Plaintiff's Ex Parte Application for TRO and Preliminary Injunction

- 3 -