1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **JEFFREY KATZ CHIROPRACTIC, INC.,** a California corporation, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**IBEAT, INC. D/B/A 100PLUS,** a Delaware corporation,<br><br>Defendant. | Case No. 3:20-cv-02097-RS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**<br><br>Date: TBD<br>Time: TBD<br>Judge: Hon. Richard Seeborg<br>Courtroom: 3<br>Complaint Filed: March 26, 2020 |

Having considered the moving papers and all other matters presented to the Court, the Court finds that Plaintiff's Ex Parte Application for Temporary Restraining Order and Preliminary Injunction ("Application") should be granted, and hereby orders as follows:

1. The Application for Temporary Restraining Order is GRANTED;

2. Defendant iBeat, Inc. d/b/a 100Plus ("Defendant" or "100Plus") and its officers and employees, including Ryan Howard ("Howard"), founder and CEO of 100Plus, shall be temporarily restrained from threatening and harassing conduct

---

directed at Plaintiff, its counsel, and its employees, including but not limited to the following acts:

    a.    Placing harassing or threatening telephone calls directed to Plaintiff or its employees.

    b.    Posting online reviews to diminish Plaintiff's reputation.

3.    Defendant is hereby ORDERED to show cause before this Court why a preliminary injunction should not issue enjoining Defendant, and its officers and employees, including Howard, from harassing or threatening Plaintiff, its counsel, and its employees.

    a.    Defendant's opposition is due _____;

    b.    Plaintiff's optional reply is due: _____;

    c.    The Court will conduct a hearing on the motion on _____ at _____.

IT IS SO ORDERED.

Dated: _____  
                                                      Richard Seeborg  
                                                      United States District Judge