Rebecca Davis (SBN 271662)
rebecca@lozeaudrury.com
**LOZEAU DRURY LLP**
1939 Harrison St., Suite 150
Oakland, CA 94612
Telephone: (510) 836-4200
Facsimile: (510) 836-4205

[Additional counsel appearing on signature page]

Attorneys for Plaintiff JEFFREY KATZ CHRIOPRACTIC, INC. and the alleged Class

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **JEFFREY KATZ CHIROPRACTIC, INC.**, a California corporation, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**IBEAT, INC. D/B/A 100PLUS,** a Delaware Corporation,<br><br>Defendant. | Case No. 3:20-cv-02097-RS<br><br>**CERTIFICATE OF SERVICE**<br><br>Date: TBD<br>Time: TBD<br>Courtroom: 3<br>Judge: Hon. Richard Seeborg<br>Complaint Filed: March 26, 2020 |

The undersigned hereby certifies that on May 14, 2020, I served a true and accurate copy of the following documents:

(1) Plaintiff's Ex Parte Application for Temporary Restraining Order and Preliminary Injunction;

(2) Exhibit A – Complaint;

(3) Exhibit B – March 28, 2020 Email;

(4) Exhibit C – Declaration of Jeffrey Katz; and

(5) [Proposed] Order Granting Plaintiff's Ex Parte Application for Temporary Restraining Order and Preliminary Injunction.

The foregoing documents were served via electronic mail and first-class U.S. Mail, postage prepaid, and properly addressed to the following party:

iBeat, Inc. d/b/a 100Plus<br>
Ryan Howard<br>
ryan@100plus.com<br>
41 South Park Street<br>
San Francisco, California 94107

Dated: May 14, 2020         /s/ Taylor T. Smith
                            Taylor T. Smith

Rebecca Davis (SBN 271662)
rebecca@lozeaudrury.com
**LOZEAU DRURY LLP**
1939 Harrison St., Suite 150
Oakland, CA 94612
Telephone: (510) 836-4200
Facsimile: (510) 836-4205

Patrick H. Peluso*
ppeluso@woodrowpeluso.com
Taylor T. Smith*
tsmith@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

*Counsel for Plaintiff and the Putative Class*

*pro hac vice