UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY KATZ CHIROPRATIC, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>IBEAT, INC.,<br><br>    Defendant. | Case No. 20-cv-02097-RS<br><br>**ORDER REQUESTING FURTHER BRIEFING** |

In light of Plaintiff's pending Application for a Temporary Restraining Order and Preliminary Injunction, Defendant is hereby ordered to file a brief in opposition by the close of business on Monday, May 18, 2020. After reviewing both parties' submissions, the Court will either schedule a hearing on the motion for temporary relief or will decide based on the parties' submissions without oral argument.

Plaintiff is ordered to serve a copy of this Order on Defendant by noon on Friday, May 15, 2020 and then to file a declaration stating that it has done so.

**IT IS SO ORDERED**.

Dated: May 14, 2020

RICHARD SEEBORG
United States District Judge