Rebecca L. Davis (SBN 271662)
rebecca@lozeaudrury.com
**LOZEAU DRURY LLP**
410 12th Street, Suite 250
Oakland, CA 94607
Telephone: (510) 836-4200
Facsimile: (510) 836-4205

[Additional counsel appearing on signature page]

*Attorneys for Plaintiff and the Class*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **JEFFREY KATZ CHIROPRACTIC, INC.**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**IBEAT, INC. D/B/A 100PLUS**, a Delaware corporation,<br><br>Defendant. | Case No. 3:20-cv-02097-RS<br><br>**NOTICE OF MOTION TO STRIKE RYAN HOWARD'S RESPONSE TO PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**<br><br>Date: TBD<br>Time: TBD<br>Courtroom: 3, 17th Floor<br>Judge: Hon. Richard Seeborg<br>Complaint Filed: March 26, 2020 |

PLEASE TAKE NOTICE THAT at a date and time to be determined by the Court, counsel for Plaintiff Jeffrey Katz Chiropractic, Inc. ("Plaintiff" or "Katz") shall appear before the Honorable Richard Seeborg or any judge sitting in his stead in Courtroom 3 of the United States District Court for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, CA 94102, and move the Court for an Order granting Plaintiff's Motion to Strike Ryan Howard's Response to Plaintiff's Ex Parte Application for Temporary Restraining Order and Preliminary Injunction ("Response").

MOTION TO STRIKE RYAN HOWARD'S RESPONSE TO PLAINTIFF'S EX PARTE APPLICATION

Plaintiff requests that the Court strike the Response because it was filed on behalf of Defendant iBeat, Inc. d/b/a 100 Plus ("100Plus" or "Defendant") by an individual who is not a licensed attorney.

The motion is based on the attached Memorandum of Points and Authorities and such other evidence that may be submitted at the hearing of this Motion.

Respectfully submitted,

Dated: May 21, 2020

**JEFFREY KATZ CHIROPRACTIC, INC.**, individually and on behalf of all others similarly situated,

By: /s/ Taylor T. Smith
      One of Plaintiff's Attorneys

Rebecca L. Davis (SBN 271662)
rebecca@lozeaudrury.com
**LOZEAU DRURY LLP**
410 12th Street, Suite 250
Oakland, CA 94607
Telephone: (510) 836-4200
Facsimile: (510) 836-4205

Patrick H. Peluso
ppeluso@woodrowpeluso.com*
Taylor T. Smith
tsmith@woodrowpeluso.com*
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0676
Facsimile: (303) 927-0809

Attorneys for Plaintiff and the Classes

* *Pro Hac Vice*

MOTION TO STRIKE RYAN HOWARD'S RESPONSE TO PLAINTIFF'S EX PARTE APPLICATION

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. Introduction

On May 20, 2020—two days after the Court Ordered Defendant iBeat, Inc. d/b/a 100Plus ("Defendant" or "100Plus") to respond to Plaintiff Jeffrey Katz Chiropractic, Inc.'s ("Katz" or "Plaintiff") Ex Parte Application for Temporary Restraining Order and Preliminary Injunction ("Ex Parte Application")—Ryan Howard ("Howard") filed a Response to Plaintiff's Ex Parte Application ("Response") purportedly on behalf of 100Plus, a corporation. However, it is well settled that a corporation can only appear in a federal court through a licensed attorney. Given that Howard is not a licensed attorney, the Response is improper. As such, and as explained below, the Court should strike the Response.

### II. Statement of Facts and Procedural History

On March 26, 2020, Plaintiff filed the instant lawsuit against Defendant alleging widespread violations of the Telephone Consumer Protection Act, as amended by the Junk Fax Prevention Act of 2005, 47 U.S.C. § 227, *et seq.* ("JFPA" of "Act"). (Dkt. 1.) Thereafter, 100Plus, via Howard, its founder and CEO, began a harassment campaign against Plaintiff, its employees, and its counsel. (*See* Dkt. 15.) On May 14, 2020, Plaintiff filed its Ex Parte Application seeking to enjoin Defendant and its officers and employees, including Howard, from continuing to harass Plaintiff, its counsel, and its employees. (*Id.*)

On May 14, 2020, the Court issued an Order Requesting Further Briefing, which ordered Defendant to file a brief in opposition by the close of business on Monday, May 18, 2020. (Dkt. 16.) On May 15, 2020, per the Court's Order, Plaintiff served a copy of the Order Requesting Further Briefing on Defendant. (Dkt. 17.) Two days after the deadline to file an opposition, Howard filed a Response to Plaintiff's Ex Parte Application purporting to act on behalf of the 100Plus. (Dkt. 18.)

Based on these facts and as explained below, Plaintiff respectfully requests the Court strike Ryan Howard's Response to Plaintiff's Ex Parte Application.

MOTION TO STRIKE RYAN HOWARD'S RESPONSE TO PLAINTIFF'S EX PARTE APPLICATION

### III. Argument

"It has been the law for the better part of two centuries… that a corporation may appear in the federal courts *only through licensed counsel*." *Rowland v. California Men's Colony, Unit II Men's Advisory Council,* 506 U.S. 194, 201-02 (1993) (emphasis added); *United States v. High Country Broad. Co.*, 3 F.3d 1244, 1245 (9th Cir. 1993) (citation omitted) ("A corporation may appear in federal court only through licensed counsel."); *In re Highley*, 459 F.2d 554, 556 (9th Cir. 1972) ("A corporation can appear in a court proceeding only through an attorney at law[.]"). Further, this Court's local rules also require a corporation to "appear only through a member of the bar of this Court." Civil L.R. 3-9(b).

Courts in this Circuit routinely strike court filings, which were filed on behalf of a corporation by an individual who is not a licensed attorney. *See DZ Bank AG Deutsche Zentral Genossenschaftbank, Frankfurt AM Main v. Choice Cash Advance, LLC*, No. C11-1312JLR, 2013 WL 784543, at *2 (W.D. Wash. Mar. 1, 2013) ("The court, therefore, GRANTS Choice Insurance's motion to strike the "response" to DZ Bank's motion that Mr. Meyer improperly filed on behalf of Choice Insurance."); *Brite Smart Corp. v. Google, Inc.*, No. 5:15-CV-03962-BLF, 2016 WL 1070667, at *2 (N.D. Cal. Mar. 18, 2016) ("To the extent Mr. Zuili has filed papers on behalf of Brite Smart, those filings are improper, and the Court will disregard them."); *Best W. Int'l, Inc. v. Fish Creek Holdings, LLC*, No. CV10-0740 PHX DGC, 2010 WL 2790118 (D. Ariz. July 14, 2010); *Jones v. All Am. Auto Prot., Inc.*, No. 3:14-CV-00199-LRH, 2015 WL 5255205, at *4 (D. Nev. Sept. 9, 2015).

Howard's Response in to Plaintiff's Ex Parte Application should be stricken. Howard is not a licensed attorney in the State of California. Further, 100Plus has not retained licensed counsel—a fact conceded in Howard's Response. (*See* Dkt. 18, pg. 1.) Because Howard is not an attorney and filed the Response on behalf of 100Plus, it is improper and should be stricken. Additionally, Howard's Response was also untimely because it was filed two days after Defendant's deadline to respond. The untimely submission offers the Court an alternative basis to

MOTION TO STRIKE RYAN HOWARD'S RESPONSE TO PLAINTIFF'S EX PARTE APPLICATION

4

strike the Response. *See Kinstley v. City & Cty. of San Francisco*, No. C 07-2323-SBA, 2009 WL 1974607, at *1 (N.D. Cal. July 8, 2009) (striking a *pro se* litigant's objection that was untimely filed.).

Accordingly, because the Response was filed on behalf of a corporation by an individual who is not a licensed attorney, the Court should strike the filing in its entirety.

**IV.  Conclusion**

For the foregoing reasons, Plaintiff requests the Court to strike Ryan Howard's Response to Plaintiff's Ex Parte Application and for such other relief as the Court deems necessary and just.

Respectfully submitted,

Dated: May 21, 2020

**JEFFREY KATZ CHIROPRACTIC, INC.**, individually and on behalf of all others similarly situated,

By: /s/ Taylor T. Smith
        One of Plaintiff's Attorneys

Rebecca L. Davis (SBN 271662)
rebecca@lozeaudrury.com
**LOZEAU DRURY LLP**
410 12th Street, Suite 250
Oakland, CA 94607
Telephone: (510) 836-4200
Facsimile: (510) 836-4205

Patrick H. Peluso
ppeluso@woodrowpeluso.com*
Taylor T. Smith
tsmith@woodrowpeluso.com*
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0676
Facsimile: (303) 927-0809

Attorneys for Plaintiff and the Class

* Pro Hac Vice

MOTION TO STRIKE RYAN HOWARD'S RESPONSE TO PLAINTIFF'S EX PARTE APPLICATION

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 21, 2020, I served a true and accurate copy of the foregoing documents by electronic mail and first-class U.S. Mail, postage prepaid, and properly addressed to the following party:

iBeat, Inc. d/b/a 100Plus
Ryan Howard
ryan@100plus.com
430 Main St
San Francisco, CA 94105

/s/ Taylor T. Smith

MOTION TO STRIKE RYAN HOWARD'S RESPONSE TO PLAINTIFF'S EX PARTE APPLICATION

6