**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **JEFFREY KATZ CHIROPRACTIC, INC.,** a California corporation, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**IBEAT, INC. D/B/A 100PLUS,** a Delaware corporation,<br><br>Defendant. | Case No.  3:20-cv-02097-RS<br><br>**[PROPOSED] ORDER GRANTING MOTION TO STRIKE RYAN HOWARD'S RESPONSE TO PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**<br><br>Date: TBD<br>Time: TBD<br>Judge: Hon. Richard Seeborg<br>Courtroom: 3<br>Complaint Filed: March 26, 2020 |

Having considered the moving papers and all other matters presented to the Court, the Court finds that Plaintiff's Motion to Strike Ryan Howard's Response to Plaintiff's Ex Parte Application for Temporary Restraining Order and Preliminary Injunction ("Motion") should be granted, and hereby orders as follows:

1. The Motion is GRANTED;

2. Ryan Howard's Response to Plaintiff's Ex Parte Motion for Temporary

Restraining Order and Preliminary Injunction (dkt. 18) is hereby stricken.

**IT IS SO ORDERED.**

Dated: _____

                                            Richard Seeborg
                                            United States District Judge